IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-236-F

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AMERILINK, LTD., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| JOHN M. BARTH, ) | |
| ) | **ORDER** |
| Movant-Appellee, ) | |
| ) | |
| v. ) | |
| ) | |
| BARRY NAKELL, ) | |
| ) | |
| Respondent-Appellant. ) | |

This matter is before the court on Appellee John M. Barth's Motion to Exclude Unfiled Documents from Record on Appeal [DE-50]. For good cause shown, and with the consent of the Appellant, the motion is ALLOWED. The documents and other materials filed in the adversary proceeding, *Barth v. Spoor*, United States Bankruptcy Court, Eastern District of North Carolina, No. 14-145-8, shall not be included in the record on appeal for the appeal docketed in the Fourth Circuit Court of Appeals as case No. 15-1906.

SO ORDERED. This, the 27 day of October, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge